| | |
|---|---|
| DEFENDANT: | HASSAN MCGLOTTEN |
| AGE or YOB: | 1981 |
| COMPLAINT FILED? | ____ Yes   __X__ No<br>If Yes, MAGISTRATE CASE NUMBER: |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes  _X_ No<br>If No, a new warrant is required | |
| OFFENSE(S): | Count 1: Possession of a Firearm or Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | Adams County, Colorado |
| PENALTY: | Count 1: NMT 10 years' imprisonment, NMT $250,000 fine, or both; NMT 3 years' supervised release; and a $100 special assessment. |
| AGENT: | Edward Mejia<br>Task Force Officer, Federal Bureau of Investigation |
| AUTHORIZED BY: | Laura Cramer-Babycz<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is not** applicable to this defendant.