AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America<br>v.<br>HASSAN MCGLOTTEN<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 22-cr-00225-REB |
|---|---|---|

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   HASSAN MCGLOTTEN                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  Possession of a Firearm or Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1)


Date:   07/13/2022                                                     s/A. Thomas, Deputy Clerk
                                                                    *Issuing officer's signature*

City and state:   Denver, Colorado                         Jeffrey P. Colwell, Clerk of Court
                                                                    *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                                                                    *Arresting officer's signature*

                                                                    *Printed name and title*