IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 1:22-cr-00225-REB

UNITED STATES OF AMERICA,

       v. Plaintiff,

1.    HASSAN MCGLOTTEN,

       Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 29th day of July, 2022.

                            COLE FINEGAN
                            United States Attorney

BY:   *s/ Kelly Churnet*
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Fax: (303) 454-0401
        Email: Kelly.Churnet@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of July, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                            *s/ Ian McCandless*
                                            Legal Assistant
                                            U.S. Attorney's Office