# U.S. District Court
## DISTRICT OF KANSAS (Wichita)
## CRIMINAL DOCKET FOR CASE #: **6:22−mj−06215−GEB−1**

Case title: USA v. McGlotten      Date Filed: 08/18/2022

Assigned to: Magistrate Judge Gwynne E. Birzer

**Defendant (1)**

**Hassan McGlotten**    represented by    **S. Lynn Burke**
Office of Federal Public Defender – Wichita
850 Epic Center
301 North Main Street
Wichita, KS 67202
316−269−6265
Alternative Phone: 316−250−9113
Cell Phone: 316−250−9113
Email: lynn_burke@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Number: 26619*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal of arrested defendant to District of Colorado | |

1

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Oladotun Odeyemi**<br>Office of United States Attorney –<br>Wichita<br>301 North Main Street, Suite 1200<br>Wichita, KS 67202–4812<br>316–269–6481<br>Alternative Phone:<br>Cell Phone:<br>Email: ola.odeyemi@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Number: 46351*<br>*Bar Status:* **Government Atty** |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/17/2022 | | | ARREST (Rule 5(c)(3) Out) of Hassan McGlotten. (sz) (Entered: 08/18/2022) |
| 08/17/2022 | 1 | | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Hassan McGlotten held on 8/17/2022. Defendant waived the right to an identity hearing. The Court accepted the waiver and granted the Government motion for detention pending proceedings in the charging district. Defendant's next appearance as directed before Judge in the District of Colorado. (Tape #1:51–1:57) (sz) (Entered: 08/18/2022) |
| 08/17/2022 | 2 | | COMMITMENT TO ANOTHER DISTRICT as to Hassan McGlotten. Signed by Magistrate Judge Gwynne E. Birzer on 8/17/2022. (sz) (Entered: 08/18/2022) |
| 08/17/2022 | 3 | | WAIVER OF RULE 5 & 5.1 HEARINGS by Hassan McGlotten. (sz) (Entered: 08/18/2022) |
| 08/18/2022 | 4 | | FINANCIAL AFFIDAVIT by Hassan McGlottenNOTE – Access to document is restricted pursuant to the courts privacy policy. (sz) (Entered: 08/18/2022) |

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:ksd_nef@localhost.localdomain
Bcc:
--Case Participants: S. Lynn Burke (daytona_kies@fd.org, lorraine_schroeder@fd.org,
lynn_burke@fd.org, michele_oeberst@fd.org), Oladotun Odeyemi (caseview.ecf@usdoj.gov,
holly.gallegos@usdoj.gov, ola.odeyemi@usdoj.gov), Magistrate Judge Gwynne E. Birzer
(ksd_birzer_chambers@ksd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:5642775@ksd.uscourts.gov
Subject:Activity in Case 6:22-mj-06215-GEB USA v. McGlotten Arrest - Rule 5(c)(3) Out
```
Content−Type: text/html

# U.S. District Court

## DISTRICT OF KANSAS

### Notice of Electronic Filing

The following transaction was entered on 8/18/2022 at 9:26 AM CDT and filed on 8/17/2022

**Case Name:** USA v. McGlotten
**Case Number:** 6:22−mj−06215−GEB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ARREST (Rule 5(c)(3) Out) of Hassan McGlotten. (sz)**

**6:22−mj−06215−GEB−1 Notice has been electronically mailed to:**

Oladotun Odeyemi     ola.odeyemi@usdoj.gov, CaseView.ECF@usdoj.gov, holly.gallegos@usdoj.gov

S. Lynn Burke     lynn_burke@fd.org, Daytona_Kies@fd.org, Michele_Oeberst@fd.org, lorraine_schroeder@fd.org

**6:22−mj−06215−GEB−1 Notice has been delivered by other means to:**

COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 8/17/22

**FILED**
U.S. District Court
District of Kansas

AUG 17 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,

    Plaintiff,

v.

Hassan McGlotten
_____,

    Defendant.

Case No. 22-6215-01-GEB

JUDGE: ☑ Birzer ☐ Gale
DEPUTY CLERK: ☑ Anderson ☐ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
    ☐ Ping ☐ Rivera ☐ Vilaythong
    ☐ Sworn

AUSA: Odeyemi
DEFENSE COUNSEL: Burke
TAPE NO.: 1:51 — 1:57

**PROCEEDINGS**

☐ Initial Appearance      ☐ Detention Hearing      ☐ Bond Rev. Hrg
☑ Initial Rule 5(c)(3)      ☐ Preliminary Hearing      ☐ Pretrial Conference
☐ Sentencing      ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment      ☐ Reading waived      ☐ Read to Defendant      ☐ Not Guilty Plea Entered

☐ Complaint      ☑ Indictment (Dist. of CO)      ☐ Information      ☐ Pet. Revoke Supervision      ☑ No. Counts: 1      ☑ Forfeiture
☑ Felony      ☐ Misdemeanor
☑ Charges/Viols. and penalties explained to Defendant
☑ Constitutional rights explained
☑ Defendant affirmation/sworn      ☑ Examined re: financial status      ☑ Counsel appointed
☑ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☑ Advised of rights under Rule    ☐ 20    ☑ 5(c)(3)    ☑ Transfer to: District of Colorado
☐ Signed Wvr Ind      ☐ Signed Consent to MJ      ☐ Petition to Plea filed      ☐ Plea Agmt filed      ☐ PSI ordered

☐ Release ordered      ☐ Bond fixed at: $ _____      ☐ Continued on present bond/conditions
☑ Temp. det. ordered      ☐ Detention ordered      ☑ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Government motion for detention is    ☐ granted.    ☐ denied.    ☐ withdrawn.    ☐ taken under advisement.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☑ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☑ as directed before Judge in District of CO.
    ☐ per the Scheduling Order of Judge _____
    ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
    for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____
_____

4

AO 94 (Rev. 06/09) Commitment to Another District

FILED
U.S. District Court
District of Kansas

AUG 17 2022

Clerk, U.S. District Court
By_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
## District of Kansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 22-6215-01-GEB |
| HASSAN MCGLOTTEN ) | |
| ) | Charging District's |
| Defendant ) | Case No. 22-CR-00225-REB |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Colorado,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
              ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 08/17/2022

*Judge's signature*

U. S. MAGISTRATE JUDGE
*Printed name and title*

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED
U.S. District Court
District of Kansas

AUG 17 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
для
District of Kansas

| United States of America | ) |
| v. | ) Case No. 22-m-6215-01 GEB |
| Hassan McGlotten | ) Charging District's Case No. 22-cr-00225-REB |
| Defendant | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____District of Colorado_____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8-17-22

_____
*Defendant's signature*

s/ Lynn Burke
_____
*Signature of defendant's attorney*

Lynn Burke, #26619
_____
*Printed name of defendant's attorney*

6