IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:22-cr-00225-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HASSAN MCGLOTTEN,

    Defendant.

_____

## MOTION TO WITHDRAW

_____

        The United States of America, by Cole Finegan, United States Attorney for the

District of Colorado, through undersigned Kelly Churnet, Assistant United States

Attorney, hereby files its Motion to Withdraw herself as counsel of record and requests

termination of electronic service.  Assistant United States Attorney Laura Cramer-

Babycz is the lead attorney and will remain the counsel of record in this case.

        Dated this 20th day of December 2022.

                              Respectfully submitted,

                              COLE FINEGAN
                              Acting United States Attorney

                              By:  s/ Kelly R. Churnet
                              KELLY R. CHURNET
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California Street, Suite 1600
                              Denver, Colorado 80202
                              Telephone: (303) 454-0100
                              E-mail:  Kelly.Churnet@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December 2022, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.


By:  *s/ Ian McCandless*
Ian McCandless
Legal Assistant