IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00225-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

HASSAN McGLOTTEN,

       Defendant.

**CONVENTIONALLY FILED MATERIAL**
re: Defendant's Motion to Suppress Out-Of-Court and In-Court Identifications
filed 02/03/2023

**EXHIBIT A**
**EXHIBIT B**
**EXHIBIT C-1**
**EXHIBIT C-2**