

# Westminster Police Department
## Adult Arrest Report
Page 1 of 2

**Arrest Number:** AA2201064
**Case Number:** 2022-09318



## Event Information

| Arrest Date/Time | Arrest Location |
|---|---|
| 06/02/2022  02:53 | 11102 N Bryant Ct Westminster, CO  80234 |

## Arrestee Information

| Name (Last, First Middle Suffix) | | Age |
|---|---|---|
| Mcglotten, Hassan Abdul | | 41 |

| Race | Ethnicity | Sex | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|
| B | Non-Hispanic | Male | 5'09" | 250 | Black | Brown |

Phone 2

Employer Name and Address

Employer Phone

Alias Name(s) & Date(s) Of Birth

Scars, Marks, Tattoos

## Narrative

SB CONTACTED AT ABOVE LISTED TIME AND ADDRESS. SB CHARGED WITH ABOVE LISTED CHARGES AND TAKEN TO THE WESTMINSTER POLICE DEPARTMENT TO BE BOOKED AND LATER TRANSPORTED TO ADAMS COUNTY JAIL.

## Arrest / Booking Information

| Arrestee's Vehicle Location | Arrestee Behavior |
|---|---|
| Released To Owner | Cooperative |

| Restraint Tool(s) Used | Handcuffs Double Locked/Checked Fit |
|---|---|
| Handcuffs | Yes |

| Injuries / Illness | Where Treated |
|---|---|
| No Injury Or Illness | Not Applicable |



DEFENDANT'S EXHIBIT D
U.S. v. McGlotten, 22-cr-00225-REB

Printed by Inform RMS System Account on 6/2/2022

Page 1 of 2

WPD_00000001



### Westminster Police Department
**Adult Arrest Report**
Page 2 of 2

| Arrest Number: | Case Number: |
|---|---|
| AA2201064 | 2022-09318 |

#### Arrestee Property

| Property Booked At WPD | Money | Cell Phone | Keys |
|---|---|---|---|
| No | None | BLK | None |

| Purse / Wallet | ID Documents |
|---|---|
| None | None |

**Clothing Worn** BLK ZIP UP HOODY, BLU SHIRT, GRY SHORTS, RED PAJAMA PANTS, BLK SLIPPERS

#### Arresting Officer

Name and Badge Number
David Gustafson 1809

#### Booking Officer

Name and Badge Number
Yutitham Xiong 1817

#### Receiving Staff

| Receiving Staff Name | Date/Time Received |
|---|---|
| Deputy Bishop | 06/02/2022   06:39 |