

DEFENDANT'S EXHIBIT

E

U.S. v. McGlotten, 22-cr-00225-REB

tabbies®

WPD_00000057