IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00225-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HASSAN MCGLOTTEN,

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS**

---

    The United States of America (the government), by and through Cole Finegan, United States Attorney for the District of Colorado, and Laura Cramer-Babycz, Assistant United States Attorney, hereby respectfully moves for an extension of time to respond to the defendant's Motion to Suppress Out-of-Court and In-Court Identifications [ECF No. 28], Motion to Suppress [ECF No. 29], Motion to Dismiss the Indictment Under the Second Amendment [ECF No. 30], and Motion to Dismiss (Preservation) [ECF No. 31], for the following reasons:

    On February 3, 2023, the defendant filed the above-listed motions that raise a number of issues. The government's deadline to respond is February 17, 2023. Since the defense motions were filed, the undersigned AUSA tested positive for COVID-19, which has delayed preparation of the responses. At the same time, the parties have been actively involved in plea negotiations.

1

The government respectfully requests an extension of one week—until February 24, 2023—to respond to the defendant's motions. That time will allow the parties to determine whether a resolution in this case can be reached without litigating the pending motions. In the event no resolution can be reached, an additional week will allow the government to respond effectively to the pending motions.

Counsel for Mr. McGlotten does not oppose this request.

Dated this 15th day of February, 2023.

                                    Respectfully submitted,

                                    COLE FINEGAN
                                    United States Attorney

By:   *s/ Laura Cramer-Babycz*
        Laura Cramer-Babycz
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Tel: (303) 454-0100
        Fax: (303) 454-0409
        laura.cramer-babycz@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS** with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*s/ Deana Ambrosen*
Legal Assistant
United States Attorney's Office