IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    22-cr-00225-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HASSAN McGLOTTEN,

        Defendant.

_____

NOTICE OF DISPOSITION
_____

Defendant, Hassan McGlotten, by and through counsel, Stephanie Snyder, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider a proposed plea agreement.

Respectfully submitted this 21st day of February, 2023.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Stephanie Snyder
        STEPHANIE SNYDER
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Stephanie_Snyder@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Laura Cramer-Babycz, Assistant United States Attorney
    Email:  laura.cramer-babycz@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Hassan McGlotten (via U.S. Mail)

    s/ Stephanie Snyder
    STEPHANIE SNYDER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Stephanie_Snyder@fd.org
    Attorney for Defendant