# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior Judge Robert E. Blackburn

| | |
|---|---|
| Date: | March 22, 2023 |
| Deputy Clerk: | Leigh Roberson |
| Court Reporter: | Julie Thomas |

| | |
|---|---|
| Criminal Case No. 22-cr-225-REB | Counsel: |
| UNITED STATES OF AMERICA, | Laura Cramer-Babycz |
|     Plaintiff, | |
| v. | |
| HASSAN MCGLOTTEN, | Stephanie Snyder |
|     Defendant. | |

## COURTROOM MINUTES

**Change of Plea Hearing**

**1:33 p.m.     Court in session.**

Appearances of counsel. Defendant is present in custody.

The plea documents are tendered to the Court.

Defendant sworn. Defendant is alert, competent, literate, and sober.

Court's colloquy with the defendant.

Defendant withdraws existing plea of not guilty and enters plea of guilty to Count 1 of the Indictment. Defendant admits the forfeiture allegation.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

**IT IS ORDERED:**

1. That the plea documents are admitted in evidence;

2. That formal approval of the plea agreement is deferred, pending consideration of the presentence report;

3. That the defendant's plea of guilty to Count 1 of the Indictment and admission of the forfeiture allegation are received, accepted and approved;

4. That defendant is found guilty of the crime charged in Count 1 of the Indictment;

5. That the Probation Department shall conduct a presentence investigation and file a presentence report;

6. That all pending pretrial motions are denied as moot;

7. That defense counsel shall contact the Probation Department as soon as practicable to coordinate the defendant's participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the presentence investigation;

8. That this matter is continued to June 13, 2023, at 1:30 p.m., for sentencing, at which counsel and the defendant shall appear without further notice or order; and

9. That the defendant is remanded to the custody of the United States Marshal.

**2:15 p.m.     Court in recess.**     Hearing concluded.

Total time in court:   00:42